IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

ERLAINE HANSEN, )
)
                    Plaintiff, ) TC-MD 111054D
)
        v. )
)
CLACKAMAS  COUNTY ASSESSOR )
and DEPARTMENT OF REVENUE, )
State of Oregon, )
)
                    Defendants. ) **DECISION OF DISMISSAL**

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

A case management conference was scheduled at 10:30 a.m. on June 25, 2012, to consider Plaintiff's appeal. On June 6, 2012, the court sent notice of the scheduled case management conference to Plaintiff via email, which is the address Plaintiff provided to the court. The notice was not returned as undeliverable. The notice advised that if Plaintiff did not appear, the court might dismiss the appeal.

On June 25, 2012, the court sent Plaintiff a letter which explained the importance of diligently pursuing an appeal. That letter was not returned as undeliverable. The letter advised that if Plaintiff did not provide a written explanation by July 9, 2012, for her failure to appear, the court would dismiss the appeal. As of this date, Plaintiff has not submitted a written response to the court explaining her failure to appear at the June 25, 2012, case management conference. Under such circumstances, the court finds the appeal must be dismissed for lack of prosecution. Now, therefore,

/ / /

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ___ day of July 2012.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on July 11, 2012. The Court filed and entered this document on July 11, 2012.*